No. 11–9356. CLARK v. SUBIA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–9365. LAROCHE v. MARYLAND DEPARTMENT OF LABOR, LICENSING AND REGULATION, ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 11–9367. VELEZ v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 11–9368. TAYLOR v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 11–9370. TRICOME v. WELCH ET AL. Super. Ct. Pa. Certiorari denied.

No. 11–9372. CHANDLER v. EPPS, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 11–9375. MENTOR v. NEW YORK STATE DIVISION OF PAROLE ET AL. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 11–9379. FENNELL v. CALIFORNIA REPUBLICAN PARTY ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 11–9390. YATES v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 11–9391. USHER v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–9397. BETANCOURT v. FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–9399. BUTLER v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 11–9404. YANG v. CATE, SECRETARY, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION. C. A. 9th Cir. Certiorari denied.

No. 11–9409. MYRICK v. KEYS ET AL. C. A. 7th Cir. Certiorari denied.